**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DEEP SOUTH VEGTABLES, INC., | : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:23-CV-69 (WLS) |
| BENSON HILL HOLDINGS, INC., | : : | |
| Defendant. | : : | |

## **ORDER**

Before the Court is Defendant Benson Hill Holdings' ("Defendant") Motion to Extend Under 21/21/21 Rule ("Motion to Extend") (Doc. 36) and Motion to Compel (Doc. 31).

With respect to the Motion to Extend, for good cause shown, that Motion (Doc. 36) is **GRANTED**. The time to file a Motion under Rule 37 is **EXTENDED** such that a motion or motions regarding the potential discovery disputes raised in the Motion is due no later than **July 15, 2024**, or as otherwise ordered by the Court.

With respect to the Motion to Compel (Doc. 31), from a preliminary review of the briefing, the Court finds that a hearing is warranted on the Motion. The Motion is therefore, set for hearing to begin on **Wednesday, August 28, 2024 at 1 P.M.** in the Albany Courthouse.

**SO ORDERED**, this 28th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**