# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DEEP SOUTH VEGTABLES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-69 (WLS) |
| | : | |
| BENSON HILL HOLDINGS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 55), filed by the Parties on September 29, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 55). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own costs. Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 30th day of September 2025.

    /s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**